IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAMES A. MOORE, JR.,
    Plaintiff,

v.                                              Civil Action No.: 1:18-cv-209

ICG TYGART VALLEY, LLC,
operator of Leer Mining Complex
d/b/a ACI TYGART VALLEY; and
ARCH COAL, INC.
    Defendants.

## PLAINTIFF'S AMENDED STATUS REPORT

Comes now the plaintiff, by counsel, and advises this Court that on April 28, 2022, Mr. Moore filed his Status Report advising this Court that "[n]o decision has been issued as of this date." However, at 3:00 p.m. on April 28, 2922, following the filing of the April 28, 2022 Status Report, the Supreme Court of Appeals of West Virginia released its Opinion in this case, reversing and remanding the decision to the Board of Review. A copy of the Opinion is attached as Exhibit A.

Respondent has thirty (30) days to request rehearing.

                                                                                    PLAINTIFF,
                                                                                    BY COUNSEL.

/s/ Allan N. Karlin
ALLAN N. KARLIN, WV BAR # 1953
ALLAN N. KARLIN & ASSOCIATES PLLC
174 CHANCERY ROW
MORGANTOWN, WV 26505
304-296-8266